GELBER, GELBER & INGERSOLL
    A Law Corporation

DON JEFFREY GELBER   628-0
JONATHAN B. GELBER 7113-0
JOSEPH A. DANE          9170-0
Suite 1400, Fort Street Tower
745 Fort Street
Honolulu, Hawaii  96813
Telephone:  (808) 524-0155
Facsimile:   (808) 531-6963
E-Mail: D.J.Gelber@gelberlawyers.com
          jgelber@gelberlawyers.com
          jdane@gelberlawyers.com

Attorneys for Debtor and
    Debtor-in-Possession

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF HAWAII**

| | |
|---|---|
| In re<br><br>KAHUKU HOSPITAL,<br>a Hawaii non-profit corporation,<br><br>                                   Debtor. | Case No.  07-00176<br>(Chapter 11)<br><br>Judge: Honorable Robert J. Faris<br><br>Related Docket: |

2303565.wpd

**ORDER DIRECTING DEPOSIT OF UNCLAIMED FUNDS**

- and -

**SCHEDULE OF UNCLAIMED FUNDS**

Pursuant to and in accordance with this Court's *Order Granting Debtor's Motion for an Order (I) Establishing Interest Rate on Allowed Claims, (II) Authorizing the Debtor to Pay All Allowed Claims, Including Interest Thereon, (III) Providing for the Future Dismissal of the Chapter 11 Case, and (IV) Providing for the Post-Dismissal Retention of Jurisdiction Over Limited Matters*, entered on December 29, 2010, which directed Kahuku Hospital, the debtor and debtor-in-possession herein, to deposit any and all unclaimed funds with the Court in accordance with 11 U.S.C. § 347(a); and pursuant to Local Bankruptcy Rule 7067-1 governing the deposit of funds into the Court's registry,

**IT IS HEREBY ORDERED THAT:**

I. The Debtor's Ex Parte Motion for an Order Directing the Deposit of Unclaimed Funds Into the Court's Registry, heretofore lodged with the Court and intended to be filed simultaneously herewith, is granted.

II. Kahuku Hospital shall pay to the Clerk of this Court the unclaimed funds in such amount and on behalf of such entities as set forth in the Schedule of Unclaimed Funds attached hereto and incorporated herein by reference.

III. The Clerk of this Court is authorized and directed to accept into the registry of the Court said unclaimed funds, and to execute a receipt therefor.

IV. Pursuant to Rules 9014 and 7054 of the Federal Rules of Bankruptcy Procedure and Rule 54(b) of the Federal Rules of Civil Procedure, the Court determines that there is no just reason for delay and expressly directs that this order shall be entered forthwith as a final judgment.

V. This order shall not be subject to Rule 7062 of the Federal Rules of Bankruptcy Procedure or any other such rule that provides for an automatic temporary stay of enforcement of orders.

/s/ Robert J. Faris
United States Bankruptcy Judge
Dated: July 28, 2011

---

Order Directing Deposit of Unclaimed Funds – *In re Kahuku Hospital* (Case No. 07-00176)

**In re Kahuku Hospital**
Case No. 07-00176
United States Bankruptcy Court
District of Hawaii

### SCHEDULE OF UNCLAIMED FUNDS

(Submitted Pursuant to Order Granting Debtor's Motion for an Order
(I) Establishing Interest Rate on Allowed Claims, (II) Authorizing the Debtor to
Pay All Allowed Claims, Including Interest Thereon, (III) Providing for the
Future Dismissal of the Chapter 11 Case, and (IV) Providing for the
Post-Dismissal Retention of Jurisdiction Over Limited Matters,
filed December 29, 2010 and Bankruptcy Code § 347(a))

| Claimant | Last Known Address | Amount Unclaimed |
|---|---|---|
| ABC Corporation* | 94-085 Leonui Street<br>Waipahu, HI 96797 | $ 536.92 |
| Abner, Suzanne D. (B) | 53-567 Kamehameha Highway #207<br>Hauula, HI 96717 | $ 78.87 |
| Abreu, Donna | 19713 Paige Place<br>Saugus, CA 91350-3888 | $ 2.38 |
| Aetna Life Annuity* | P.O. Box 30856<br>Hartford, CT 06150-0856 | $ 150.00 |
| After Math Claim Science, Inc.* | 1230-5 Madera Rd. Suite 140<br>Simi Valley, CA 93065 | $ 853.20 |
| Ahmu, Leonard | 55-158 Naupaka St<br>Laie, HI 96762 | $ 28.86 |
| Aims Insurance (A) | 900 Fort St. Mall #1000<br>Honolulu, HI 96813 | $ 2,079.38 |
| Albert, Caitlin L | 59-187 KeNui Rd.<br>Haleiwa, HI 96712 | $ 18.66 |
| Allen, Terry | 34 F Canterbury Ct.<br>Phoenix, AZ 85022 | $ 344.73 |
| AlohaCare Quest | 1357 Kapiolani Blvd., Suite #1250<br>Honolulu, HI 96814 | $ 32.59 |
| AlohaCare* | 1357 Kapiolani Blvd., Suite #1250<br>Honolulu, HI 96814 | $ 401.16 |
| Alvarez, Ricky | RR 3 Box 1043<br>Pahoa, HI 96778 | $ 5.86 |
| AmCare Health Plans (B) | | $ 281.34 |
| Andra, Bob (B) | 4847 Mountainview circle<br>Highland, UT 84003 | $ 24.25 |
| Andrade, Matilda* | 55-512 A Moana St.<br>Laie, HI 96762 | $ 35.00 |
| Anglesey, Frin (B) | 57-101 Kuilima Loop #175<br>Kahuku, HI 96731 | $ 26.07 |

**See attached notes, which are an integral part of this schedule.**

| Claimant | Last Known Address | Amount Unclaimed |
|---|---|---|
| Au, Kelly [B] | P.O. Box 132<br>Kahuku, HI 96731 | $ 12.12 |
| Basso, Sheila [B] | 55-220 Kulanui St.<br>BYU-H Box 1547<br>Laie, HI 96762 | $ 121.23 |
| Beaurline, Thomas [B] | 2652 E-2 Booth Road<br>Honolulu, HI 96813 | $ 42.64 |
| Bjork, Holly [B] | 10744 SE 95th Court<br>Portland, OR 97266 | $ 5.59 |
| Black, Jeffery D. [B] | 2051 Camino<br>Menlo Park, CA 94025 | $ 111.24 |
| Boinville, Telma | 59-163 Ke Nui Rd<br>Haleiwa, HI 96712 | $ 3.26 |
| Bott, Leslie D | 55-557 Naniloa Loop<br>Laie, HI 96762 | $ 28.32 |
| Boulos, Daniel N. [B] | 53-324 Kamheameha Highway<br>Hauula, HI 96717 | $ 42.89 |
| Bueno, Nelson [B] | 56-374 Kekauoha St.<br>P.O. Box 618<br>Kahuku, HI 96731 | $ 299.44 |
| Bumanglag, Julie M | 56-109 Huehu Place<br>Kahuku, HI 96731 | $ 15.24 |
| Burkott, Brent J. [B] | P.O. Box 207<br>Laie, HI 96762 | $ 38.51 |
| Byrne, Matthew E | 241 Harvard Ave<br>Rockville Center, NY 11570 | $ 42.44 |
| Campbell, Robert | 105-1140 Strathaven Drive<br>N. Vancouver, BC V7H2Z6<br>CANADA | $ 269.17 |
| Carlson, Charles K. [B] | 354 Tarawa Drive<br>Wahiawa, HI 96786 | $ 12.12 |
| Castillo, Angela | 1795 A Paailuna Way<br>Pearl City, HI 96782 | $ 24.25 |
| CCN Managed Care, Inc. | P.O. Box 3000<br>Scottsdale, AZ 85271-3000 | $ 423.15 |
| Champus | P.O. Box 77028<br>Madison, WI 53707-1028 | $ 80.91 |
| Chan Vigil, Ching M | 55-550 Naniloa Loop #6135<br>Laie, HI 96762 | $ 363.74 |
| Chang, Shu [B] | 55-115 Lanihuli St.<br>Laie, HI 96762 | $ 12.12 |
| Cikoma, Yaya [B] | 473 S. State St. #227<br>Provo, UT 84606 | $ 60.62 |
| Correa, Judith [B] | 53-222 Kamehameha Highway<br>Hauula, HI 96717 | $ 36.37 |
| Cost Containment | Private Bag 913<br>North Sydney, NSW 2059<br>AUSTRALIA | $ 1,419.50 |

**See attached notes, which are an integral part of this schedule.**

| Claimant | Last Known Address | Amount Unclaimed |
|---|---|---|
| Dashdorj, Namuuna (B) | 55-550 Naniloa Loop<br>TVA #6035<br>Laie, HI 96762 | $ 44.23 |
| Delgado, Monica | 55-557 Naniloa Loop<br>Laie, HI 96762 | $ 114.85 |
| Diagnostic Chemicals Limited | 31 New York Avenue<br>Framingham, MA 01701-9950 | $ 171.69 |
| Dickson, Yahaira M (B) | 55-550 Naniloa Loop #6080<br>Laie, HI 96762 | $ 42.46 |
| Dillman, Sarah (B) | 19650 Mt. Meadow<br>Middletown, CA 95461 | $ 18.26 |
| Ellerington, Richard* | 5 Grove Park Rd<br>Garden Flat<br>UK | $ 80.00 |
| Enosara, Wendell | 95-1045 Kaapeha St. #169<br>Mililani, HI 96789 | $ 193.99 |
| Esteban, Dustin J (B) | 2023 Beckley St.<br>Honolulu, HI 96819 | $ 39.20 |
| Faifili, Rudy | 56-150 Leleuli Place<br>Kahuku, HI 96731 | $ 244.92 |
| Foster, Trevor (B) | 55-220 Kulanui St.<br>BYU-H Box 1897<br>Laie, HI 96762 | $ 60.62 |
| Funae, Tadaaki | 4916-18 Shimosuwa Suwa<br>Nagano<br>JAPAN | $ 23.04 |
| Goo, Megan (B) | 3052 N. Snow Canyon Parkway #112<br>St. George, UT 84770 | $ 27.94 |
| Goodwin, Adam | 53-400 Homestead Rd.<br>Hauula, HI 96717 | $ 270.53 |
| Goodwin, Angela | 53-400 Homestead Rd.<br>Hauula, HI 96717 | $ 282.12 |
| Grace, Puataata | P.O. Box 212<br>Laie, HI 96762 | $ 148.79 |
| Graycochea, Alberta K | P.O. Box 16<br>Kahuku, HI 96731 | $ 22.78 |
| Greene-Duarte, Summer H (B) | P.O. Box 600<br>Hauula, HI 96717 | $ 18.19 |
| Gutierrez, Diane M | 7715 Newman Ave., Apt. 103<br>Huntington Beach, CA 92647 | $ 12.85 |
| Haiola, Stacey (B) | 55-550 Naniloa Loop #6174<br>Laie, HI 96762 | $ 31.82 |
| Hale, James J (B) | 55-550 Naniloa Loop #6134<br>Laie, HI 96762 | $ 19.01 |
| Hanson, Jay H (B) | 53-972 Kamehameha Highway<br>Hauula, HI 96717 | $ 97.51 |
| Harrison, Kaelene (B) | 55-550 Naniloa Loop #6230<br>Laie, HI 96762 | $ 6.98 |
| Hawaii Boiler & Elevator Inspections | 830 Punchbowl Street, Rm. 423<br>Honolulu, HI 96813 | $ 2,334.00 |

**See attached notes, which are an integral part of this schedule.**

| Claimant | Last Known Address | Amount Unclaimed |
|---|---|---|
| Hawaii Laborers Health & Welfare* | 1440 Kapiolani Blvd. Suite #800<br>Honolulu, HI 96814 | $ 53.30 |
| Heng, Botum | BYU-H #1475, 55-220 Kulanui St<br>Laie, HI 96762 | $ 195.35 |
| Hirata, Tetsuya* | 1-21-13 Tateishi<br>Katsu-shika-ku, Tokyo<br>JAPAN | $ 20.00 |
| HMA Inc. DBA Health Management* | P.O. Box 135005<br>Honolulu, HI 96801-5005 | $ 776.00 |
| HMSA-Blue Card* | P.O. Box 2970<br>Honolulu, HI 96802-2970 | $ 99.07 |
| Ho, Bill | 55-492 Palekana St<br>Laie, HI 96762 | $ 40.11 |
| Honda, Robert S (B) | P.O. Box 306<br>Kahuku, HI 96731 | $ 30.31 |
| Hou, Hsiu (B) | BYU-H #1895<br>55-220 Kulanui St.<br>Laie, HI 96762 | $ 13.77 |
| Hsiao, Hsiu-ting | 55-220 Kulanui St., BYU-H Box 1541<br>Laie, HI 96762 | $ 139.34 |
| Hunter, Nikcole L (B) | 3918 N. Post<br>Spokane, WA 99205 | $ 60.62 |
| Hunter, Steven (B) | 1900 Unity Ct.<br>Ft. Collins, CO 80528 | $ 60.62 |
| Hutchens, Linda I (B) | 4169 Koko Dr.<br>Honolulu, HI 96816 | $ 20.13 |
| Karren, Lisa | 1325 N 400 F. #3<br>Logan, UT 84341 | $ 181.87 |
| Kawai, Toshiko | Yamato Chou Jinaga Aza<br>Komatsu Yama 12-3, Ichinomiya Aichi<br>JAPAN | $ 311.60 |
| Kawananakoa, Piikoi | 53-157 Kamehameha Highway<br>Punaluu, HI 96717 | $ 29.10 |
| Keliikuli, Mitchell (B) | | $ 190.31 |
| Keller, Nathan A | 1001 N.E. Heron Circle<br>Vancouver, WA 98664 | $ 121.25 |
| Kenworthy, Christian (B) | 708 Spanish Peaks<br>Missoula, MT 59603 | $ 90.94 |
| Khaltar, Battur | 55-220 Kulanui St., BYU-H Box 1072<br>Laie, HI 96762 | $ 274.70 |
| Kleinfeld, Jennifer | 1800 Franklin St. #306<br>San Francisco, CA 94109 | $ 143.07 |
| Krijnen, Micheal (B) | 47-395 Ahaolelo Road<br>Kaneohe, HI 96744 | $ 48.50 |
| Kumar, Robert | 6765 Val Verde Ave<br>Buena Park, CA 90621 | $ 236.14 |
| Lancaster, Jay | 2113 Panorama Drive<br>Currumbin, 4223<br>AUSTRALIA | $ 364.95 |

**See attached notes, which are an integral part of this schedule.**

| Claimant | Last Known Address | Amount Unclaimed |
|---|---|---|
| Latuselu, Vakautakakal [B] | 59-603 Alapio Rd. Haleiwa, HI 967112 | $ 6.06 |
| Lee, Jeffrey [B] | 1520 Spreckels St., Apt. 210 Honolulu, HI 96822 | $ 115.67 |
| Lesuma, Vaughn T [B] | 55-458 Moana Street Laie, HI 96762 | $ 13.29 |
| Leung, Sung | 55-220 Kulanui St., BYU-H Box 1048 Laie, HI 96762 | $ 135.37 |
| Lincoln County Treasurer | 103 - 3rd Avenue, P.O. Box 7 Hugo, CO 80821 | $ 234.01 |
| Logan, Nainoa [B] | BYU-H 55-220 Kulanui St. Laie, HI 96762 | $ 60.62 |
| Low, Dallas | 470 S. Main Providence, UT 84332-9704 | $ 282.31 |
| Mahoe, Marie [C] | 528 Ululani St Kailua, HI 96734 | $ 8.22 |
| Maiava, Benjaline | 54-280 Kawaipuna Place Hauula, HI 96717 | $ 30.31 |
| Mariteragi, Katai | 54-181 Hanaimoa St. Hauula, HI 96717 | $ 150.47 |
| Matthews, Benjamin J. | 6223 Dalsby Road NW Calgary, AB T3A1M6 CANADA | $ 891.41 |
| Maxicare [B] |  | $ 223.34 |
| McCarrey, Donna | 12441 Ridge Pl. Anchorage, AK 99516 | $ 307.48 |
| McGee, Catherine M [B] | 1615 N. Fl Camino Rd B San clemente, CA 92672 | $ 23.04 |
| McGettigan, Mary [B] | 21 Bel Flora Las Flores, CA 92688 | $ 60.62 |
| McLeod, Shawn* | P.O. Box 732 Kaneohe, HI 96744 | $ 12.84 |
| Medicaid | P.O. Box 1220 Honolulu, HI 96807 | $ 392.27 |
| Merrill, Elaine B | 54-179 Kawaipuna St. Hauula, HI 96717 | $ 62.08 |
| Meyer, Keith | 328 A Kawainui St Kailua, HI 96734 | $ 10.51 |
| Miller, Ronald J | 8045 Brookstone Ln Gainesville, GA 30506 | $ 30.31 |
| Miller, Stephanie [B] | 55-550 Naniloa Loop #6057 Laie, HI 96762 | $ 17.07 |
| Miller, Steven [B] | 55-220 Kulanui St. BYU-H 5931 Laie, HI 96762 | $ 18.19 |
| Minami, Hidekazu [B] | 55-220 Kulanui St. BYU-H Box 1727 Laie, HI 96762 | $ 60.62 |
| Morris, Lillian N | 1424 Ahunui St. Honolulu, HI 96819 | $ 101.12 |

**See attached notes, which are an integral part of this schedule.**

| Claimant | Last Known Address | Amount Unclaimed |
|---|---|---|
| Mosley, Eddie (Bill) (B) | 94-1017 Kahuamoku St. #4<br>Waipahu, HI 96797 | $ 64.29 |
| Nahata, Kazumasa | 1-4-5-4 Kyou Yama<br>Okayama<br>JAPAN | $ 269.17 |
| Nitch, Robert (B) | 835 Kapaakea Ln.<br>Honolulu, HI 96826 | $ 12.12 |
| Noguchi, Seishi | 15-7 Nishitamiya-cho<br>Hirakata, Osaka<br>JAPAN | $ 83.66 |
| Noumi, Keiko | 55-484 Kamehameha Highway<br>Laie, HI 96762 | $ 387.99 |
| O'Brien, Glenn L | 54-006 Haukoi Pl<br>Hauula, HI 96717 | $ 115.18 |
| Office of the Public Guardian (D) | P.O. Box 2495<br>Honolulu, HI 96804 | $ 1,168.82 |
| Ogden, Darren | 18 Ariarmon Road<br>Willoughby, NSW 2068<br>AUSTRALIA | $ 168.53 |
| Omer, Matthew G.* | 4500 South Beretania St.<br>Honolulu, HI 96826 | $ 10.00 |
| Otterberg, Erik | 417 Namahala St<br>Honolulu, HI 96815 | $ 242.49 |
| Patterson, Michelle M | 11400 NE 132nd St. #R101<br>Kirkland, WA 98034 | $ 458.89 |
| Perri, Bethany | 55-064 Naupaka St.<br>Laie, HI 96762 | $ 89.72 |
| Pinkston, Crystal P (B) | 20 Tamalpais Ave.<br>Belvedere, CA 94920 | $ 332.54 |
| Piutau, Kolokesa | 55-009 Apt A Kamehameha Highway<br>Laie, HI 96762 | $ 75.29 |
| Primacio, Natasha M (B) | 56-804 Kamehameha Highway<br>Kahuku, HI 96731 | $ 16.37 |
| Rabaino, Faalupega | 54-019 Wakulama Street<br>Hauula, HI 96717 | $ 10.53 |
| Reed, Curtis | 1365 E. Fort Pierce Dr. #11<br>St. George, UT 84790 | $ 184.29 |
| Reid, David M (B) | 68-025 Apuhihi St., #101<br>Waialua, HI 96791 | $ 30.31 |
| Roth, Derek* | 59-544 Pupukea Rd.<br>Haleiwa, HI 96712 | $ 5.98 |
| Rudolph, Jens E.* | Gartenstrasse 2<br>63179 Obertshausen<br>GERMANY | $ 18.00 |
| Russo, John (B) | 54-239 Kamehameha Highway<br>Hauula, HI 96717 | $ 42.44 |
| Sanchez, Alfonso | P.O. Box 121<br>Waialua, HI 96791 | $ 281.15 |
| Sandou, Arouquiaraj (B) | 53-549 Kamehameha Highway #213<br>Hauula, HI 96717 | $ 82.52 |

**See attached notes, which are an integral part of this schedule.**

| Claimant | Last Known Address | Amount Unclaimed |
|---|---|---|
| Saunders, Alan Gregory | 6583 Kings View Ln. North<br>Maple Grove, MN 55311 | $ 185.05 |
| Sayers, Lucy | 53-628 Kamehameha Highway<br>Hauula, HI 96717 | $ 200.59 |
| Scripps Research Institute | Claims Dept. ASO 26126-2, 7830 E. Broadway<br>Tucson, AZ 85710 | $ 990.59 |
| Shaikh, Michael N | 125 Surf Way<br>Monterey, CA 93940 | $ 185.51 |
| Shorten, Lisa G (B) | 55-605 Moana St.<br>Laie, HI 96762 | $ 27.29 |
| Sixberry, Susanne* | Steig 22<br>87653 Eggenthal<br>GERMANY | $ 2.42 |
| Skousen, Richard | 55-220 Kulanui St. #5852<br>Laie, HI 96762 | $ 181.87 |
| Smythe, Bobbye (B) | 51-566 Kamehameha Highway<br>Kaaawa, HI 96730 | $ 24.81 |
| Stevens, Jesselle | 1102 Coral Court<br>Brookings, OR 97415 | $ 121.25 |
| Strange, John-Mark* | Brooklings Creech St.<br>Somerset 7A35SQQ<br>UK | $ 34.40 |
| Tailele, Paulo A | P.O. Box 189<br>Laie, HI 96762 | $ 18.19 |
| Tampon, Isabel T. (C) | c/o Evelyn Duran<br>Rush Moore<br>737 Bishop Street, Suite 2400<br>Honolulu, HI 96813 | $ 933.59 |
| Tata, Janneke J | 55-550 Naniloa Loop, TVA #R105<br>Laie, HI 96762 | $ 131.53 |
| Taylor, Lynn (B) | P.O. Box 552<br>Laie, HI 96762 | $ 56.99 |
| Teed, Ashlyn (B) | 55-607 Moana Street<br>Laie, HI 96762 | $ 70.32 |
| Tollefson, Derrik R (B) | 55-457 Moana Street<br>Laie, HI 96762 | $ 24.25 |
| Tsang, Chun Ming (B) | 55-220 Kulanui St.<br>BYU-H Box 5971<br>Laie, HI 96762 | $ 24.90 |
| Uluave, Jerome | P.O. Box 946<br>Hauula, HI 96717 | $ 18.19 |
| Uluave, Jerome* | P.O. Box 946<br>Hauula, HI 96717 | $ 15.00 |
| Uluave, Siotame I.* | P.O. Box 390<br>Laie, HI 96762 | $ 3.00 |
| United Healthnet (B) | P.O. Box 14702<br>Lexington, KY 40512 | $ 77.48 |
| Wan, Ho Yi (B) | 55-550 Naniloa Loop #6059<br>Laie, HI 96762 | $ 2.46 |

**See attached notes, which are an integral part of this schedule.**

U.S. Bankruptcy Court - Hawaii   #07-00176   Dkt # 860   Filed 07/28/11   Page 10 of 12

| Claimant | Last Known Address | Amount Unclaimed |
|---|---|---|
| Wofford, Jazelle L | 59-610 Kamehameha Highway<br>Haleiwa, HI  96712 | $ 12.83 |
| Wolf, John W. (B) | 2890 Donaldson Drive<br>Orlando, FL  32812 | $ 39.28 |
| Yates-Siilata, Richard | P.O. Box 908<br>Hauula, HI  96717 | $ 17.96 |
| Yim, Heirama* | 55-220 Kulanui St.<br>Laie, HI  96762 | $ 163.00 |
|  |  |  |
| Total: |  | $ 27,131.26 |

**See attached notes, which are an integral part of this schedule.**

## NOTES TO SCHEDULE OF UNCLAIMED FUNDS

\* An asterisk denotes an administrative claimant.

(A) Insurer declined payment because patient was not identified.

(B) Not sent -- address not known.

(C) Deceased. No identified heirs or probate order furnished to Debtor.

(D) Declined. Per letter from Public Guardian, patient is deceased with no identified heirs.